CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

Daniel P. Talbert
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
160 Spear Street Suite 800
San Francisco, CA 94105
OH State Bar No. 0084088
Daniel.Talbert@ssa.gov
Telephone: 510.970.4860

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARMEN LOBATO, | )  Case No.: 2:21-cv-00658-VCF |
| Plaintiff, | ) |
| | )  **UNOPPOSED MOTION FOR EXTENSION OF** |
| vs. | )  **TIME TO FILE CERTIFIED** |
| | )  **ADMINISTRATIVE RECORD AND ANSWER;** |
| KILOLO KIJAKAZI, | )  **DECLARATION OF JEBBY RASPUTNIS** |
| Acting Commissioner of Social Security, | ) |
| | )  (***FIRST REQUEST***) |
| Defendant. [1] | ) |
| | ) |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a 60-day extension of time to file the Certified Administrative Record (CAR) and Answer to Plaintiff's Complaint.  The CAR and Answer to Plaintiff's Complaint are due to be filed by August 27, 2021.  This is the Commissioner's first request for an extension of time.

Defendant makes this request in good faith and for good cause, because the CAR, which must be filed with the Answer and is necessary to adjudicate the case, is not yet available.  The public health emergency pandemic caused by COVID-19 has significantly impacted operations in the Social Security Administration's Office of Appellate Operations (OAO) in Falls Church, Virginia, which is responsible for producing the CAR that must be filed with the Answer, per 42 U.S.C. §§ 405(g) and (h).  As detailed in the attached declaration from Jebby Rasputnis, Executive Director of the OAO, beginning mid-March 2020, OAO restricted physical access to the Falls Church building, which impacted the production of CARs because physical access was previously required to produce CARs.  OAO has since developed and employed a new business process to produce CARs.  Much of the difficulty in producing CARs stemmed from the old process of transmitting hearing recordings to vendors for transcription, how the vendors transcribed the recordings, and how the vendors provided the completed transcripts to OAO.  OAO changed this process by reworking how the audio files are submitted, seeking additional vendor capacity, and increasing in-house transcription capacity.  With the most recent changes, OAO anticipates being able to produce more than 700 transcripts a week, a significant increase over the pre-COVID-19 average of 300–400 hearing transcripts a week.

Despite these improvements, OAO still faces a significant backlog of cases due to the combined effects of pandemic-related disruption and a marked increase in district court filings.  New case receipts during the last quarter of FY 2020 and the first quarter of FY 2021 increased (on average) to 2,257 case receipts per month, as compared to 1,458 per month for the same period one year before.  Despite this, OAO is making progress in its backlog of cases.  At the end of January 2021, OAO had 11,109 pending cases.  As of August 9, 2021, OAO had 3,760 pending cases, representing a decrease in our backlog of nearly 7,350 cases over the last seven months.  OAO continues to work on increasing productivity by

collaborating with our vendors and searching out and utilizing technological enhancements.  Defendant asks this Court for its continued patience as OAO works to increase its efficiency and production of CARs, reduce the current backlog, and address rising court case filings.  Counsel for Defendant further states that the Office of General Counsel (OGC) is monitoring receipt of transcripts on a daily basis and is committed to filing Answers as soon as practicable upon receipt and review of the administrative records.

Given the volume of pending cases, Defendant requests an extension in which to respond to the Complaint until October 26, 2021.  If Defendant is unable to produce the Certified Administrative Record necessary to file an Answer in accordance with this Order, Defendant shall request an additional extension prior to the due date.

On August 20, 2021, the undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR and Answer to Plaintiff's Complaint, through and including October 26, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

Dated:  August 23, 2021

/s/ Daniel P. Talbert
DANIEL P. TALBERT
Special Assistant United States Attorney
Social Security Administration

KRYSTLE S. MCMULLAN
Assistant Regional Counsel
Of Counsel

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE
8-24-2021
DATED: _____

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My business address is 160 Spear Street, Suite 800, San Francisco, California 94105.  I am not a party to the above-entitled action.  On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER; DECLARATION OF JEBBY RASPUTNIS** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Hal Taylor, Esq.
haltaylorlawyer@gbis.com
Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  August 23, 2021                              /s/ *Daniel P. Talbert*
                                                     DANIEL P. TALBERT
                                                     Special Assistant United States Attorney
                                                     Social Security Administration