AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CARMEN IRENE LOBATO,

                Plaintiff,

    v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

               Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number:  2:21-cv-00658-VCF

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $9,136.68 and costs in the amount of $402.00. Subject to any offset under the Treasury Offset Program, payment of this award shall be made via the law office of counsel for Plaintiff.

10/7/22
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk