# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Carmen Irene Lobato,

               Plaintiff,

vs.

Commissioner Of Social Security,

               Defendants.

Case No. 2:21-cv-00658-MDC

**ORDER GRANTING MOTION FOR ATTORNEY FEES (ECF NO. 28)**

The Court has considered plaintiff's *Motion for Attorney's Fees* (ECF No. 28). Plaintiff seeks attorney's fees authorization in the amount of $33,920.50 pursuant to 42 USC §406(b) but seeks only to recover net payment of $24,783.82 to effectuate the EAJA refund in this matter. *See ECF No. 28.* Defendant does not dispute the $33,920.50 fees pursuant to 42 USC § 406(b) are reasonable and does not oppose the motion and net payment of $24,783.82 to plaintiff's counsel. *ECF No. 30.* The court finds that plaintiff's fees of $33,920.50 are reasonable under pursuant to 42 USC § 406(b) and that plaintiff's counsel is entitled to net payment of $24,783.82 in fees to effectuate the EAJA refund in this matter.

ACCORDINGLY,

**IT IS ORDERED** that the Social Security Administration shall make a net payment of $24,783.82 to plaintiff's counsel, Hal Taylor, Esq.

IT IS SO ORDERED.

DATED: January 29, 2026.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

1